

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-20-00283-CV

| | | |
|---|---|---|
| IN RE B.F., Relator | § | Original Proceeding |
| | § | 393rd District Court of Denton County, Texas |
| | § | Trial Court No. 18-9884-393 |
| | § | October 15, 2020 |
| | § | Memorandum Opinion by Justice Kerr |

## JUDGMENT

This court has considered relator Father's petition for writ of mandamus and real party in interest B.B.'s response and holds that the petition should be conditionally granted. Accordingly, we conditionally grant a writ of mandamus and direct the trial court to vacate its September 10, 2020 "Temporary Order." Our writ will issue only if the trial court fails to comply.

It is further ordered that real party in interest B.B. must pay all costs of this proceeding.

SECOND DISTRICT COURT OF APPEALS


By _/s/ Elizabeth Kerr_____
    Justice Elizabeth Kerr